105 A.3d 656

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Larry Francis WEAVER, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 19, 2014.

Decided Dec. 1, 2014.

Timothy Jon Barker, Duane Ramseur, James Edward Zamkotowicz, York County District Attorney's Office, for Pennsylvania District Attorneys Association, Amicus Curiae.

Justin James McShane, Theodore Charles Tanski Jr., The McShane Firm, LLC, for Pennsylvania Association for Drunk Driving Defense Attorneys, Inc., Amicus Curiae.

314

David Reed Erhard, Steve Rice, P.C., Gettysburg, for Larry Francis Weaver.

Matthew Drew Fogal, Gerard Nicholas Mangieri, Franklin County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, STEVENS, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of December, 2014, the order of the Superior Court is hereby **AFFIRMED.**